

**Matthew J. Fedor**
Matthew.fedor@faegredrinker.com
(973) 549-7329 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000 main
(973) 360-9831 fax

October 7, 2020

*Via ECF*

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: *Policastro v. United States Warranty Corporation*
     **Case No. 2:19-cv-20537-MCA-LDW**

Dear Judge Wettre:

  As you know, this firm represents the Defendant United States Warranty Corporation in this matter.

  We write to follow up on Mr. Gainey's September 29, 2020 letter updating the Court regarding the status of this matter. Since that time, the parties have reached an agreement on the form of settlement documents and all parties have now executed the settlement documents. Additionally, the parties agree that the parties' performance of the terms of the settlement documents should not require any further involvement by this Court. Accordingly, the parties jointly request that this matter be dismissed with prejudice.

  We thank Your Honor for your time and attention to this matter.

              Respectfully submitted,

              *Matthew J. Fedor*

              Matthew J. Fedor

cc: Barry Gainey, Esq. (counsel for Plaintiff)

ACTIVE.125193016.01